## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John Bernard Stanchik III                          CHAPTER 13
       Kristin Elaine Stanchik
       Debtor(s)                          BKY. NO. 22-20897 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
20 May 2022, 10:42:21, EDT

Brian C. Nicholas, Esq. (317240)   ☑
Denise Carlon, Esq. (317226)       ☐
Rebecca A. Solarz, Esq. (315936)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f20bc010f326d4dd48b04040a04fed821154fa457b030dd9dd234c10e492f1e6