## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN BERNARD STANCHIK, III and KRISTIN ELAINE STANCHIK<br><br>Debtors | CHAPTER 13<br><br>No. 22-20897-GLT |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for MBC Ventures, LLC, successor by assignment to JTS Capital 2 LLC, successor by assignment to First National Bank of Pennsylvania a secured creditor in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

BERGER LAW GROUP, PC

Dated: 5/25/22

By: /s/: Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
(610) 668-0800
PA ID #58942