**Weinstein & Riley, P.S.**
1415 Western Avenue, Suite 700
Seattle, WA 98121
(206) 269 3490

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case: 22-20897 |
| | ) | |
| John Bernard Stanchik, III and | ) | Trustee: Ronda J. Winnecour |
| Kristin Elaine Stanchik, | ) | |
| | ) | |
| Debtor(s). | | |

**AMENDED**
☒ **NOTICE OF PAYMENT CHANGE ON ADDRESS OF:**
☒ **CREDITOR**

**Claim No.    6**

**Undeliverable Address**:

Intercoastal Financial, LLC
Name
7954 Transit Rd. #144
Williamsville, NY  14221
Address

**Corrected Address**: I request that payment be sent to the following address (please print):

Intercoastal Financial, LLC
Name
c/o Weinstein & Riley, PS
Post Office Box 3978
Seattle, WA 98124
Address
(206) 269-3490
Telephone Number

DATED: October 9, 2023

/s/ Jordan Morrison
Signature