UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kristin  Stanchik                                CHAPTER: 13
10484 Melrose DR                                 CASE NUMBER: 22-20897
Irwin, PA 15642                                  CLAIM AMOUNT: $1501.58


Debtors.
_____


## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 7/18/2022, in the amount of $1501.58.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of February, 2025.


Jefferson Capital Systems LLC

By: /s/ Ashley Larson_____
Ashley Larson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Kristin Stanchik<br>10484 Melrose DR<br>Irwin, PA 15642 |
| Debtor's Attorney: | Corey Sacca<br>20 N Pennsylvania AVE<br>Greensburg, PA 15601 |
| Chapter 13 Trustee: | RONDA J WINNECOUR<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 14th day of February, 2025.

Jefferson Capital Systems LLC

By: /s/ Ashley Larson
Ashley Larson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314