**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/14/2025

IN RE:

| | |
|---|---|
| JOHN BERNARD STANCHIK, III<br>KRISTIN ELAINE STANCHIK<br>10484 MELROSE DRIVE<br>NORTH HUNTINGDON,  PA  15642<br>XXX-XX-2837           Debtor(s)<br><br>XXX-XX-6037 | Case No.22-20897 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim Amount / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3145 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BRIDGECREST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 17<br>CLAIM: 18,542.47<br>COMMENT: $CL17GOV@TRMS/PL*$/CL-PL@4%/PL@BRIDGECREST*FR CARVANA/BRIDGECRE | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2601 |
| **FIRST NATIONAL BANK OF PA**(\*)<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*550x(60+2)=LMT*BGN 6/22 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4920 |
| **MBC VENTURES LLC**<br>C/O BERGER LAW GROUP PC<br>919 CONESTOGA RD BLDG 3<br>STE 114<br>ROSEMONT, PA 19010 | Trustee Claim Number: 6   INT %: 4.00%<br>Court Claim Number: 8-2<br>CLAIM: 38,801.63<br>COMMENT: $-%/CONF*$/CL-PL@4%/PL*JUDGMENTS*WNTS 6%*W/29*AMD*DK!! | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 7   INT %: 4.00%<br>Court Claim Number: 3<br>CLAIM: 44,965.07<br>COMMENT: $/CL-PL@4%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3345 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 8,368.00<br>COMMENT: $/CL-PL*EST | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2837 |
| **PA DEPARTMENT OF REVENUE**\*<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OK TO CLOSE OFF/JW @ 341~NOTHING OWED*NT PROV/PL*NO$~NO YRS/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,093.75<br>COMMENT: 3083/SCH*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2002 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 316.81<br>COMMENT: 1143/SCH*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5000 |
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 10,781.26<br>COMMENT: STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9713 |
| **BANK OF AMERICA**<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9983 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5402 |
| **BBVA COMPASS BANK++**<br>ATTN BANKRUPTCY<br>PO BOX 10566<br>BIRMINGHAM, AL 35296 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8086 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7608 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2892 |
| **CITIBANK**<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7910 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 382.28<br>COMMENT: EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7216 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 476.47<br>COMMENT: 353O~SWISS COLONY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5530 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 2,078.89<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5786 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 725.23<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7021 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 586.40<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0851 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 513.39<br>COMMENT: TBOM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4471 |
| **GENESIS BANKCARD SVCS INC**<br>C/O QUANTUM3 GROUP LLC<br>POB 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1113 |
| **INTERCOASTAL FINANCIAL LLC**<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 752.08<br>COMMENT: 8712/SCH*GENESIS*CHRGD OFF 5/8/19*AMD COA-DOC 38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9201 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1250 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,501.58<br>COMMENT: 2003/SCH*VERIZON WIRELESS*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **MBC VENTURES LLC**<br>C/O BERGER LAW GROUP PC<br>919 CONESTOGA RD BLDG 3<br>STE 114<br>ROSEMONT, PA 19010 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM: 186,051.26<br>COMMENT: JDGMNT/SCH-CL*W/6*AMD*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MBC VENTURES**<br>880 S PLEASANTBURG DR<br>GREENVILLE, SC 29607 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6713 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~COMENITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0487 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 84,829.73<br>COMMENT: $/CL-PL@0%/PL*UNS~CREDIT LINE/SCH*TOTAL DEBT CL*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7227 |
| **RESURGENT CAPITAL SERVICES**<br>POB 10675<br><br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7021 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 175.30<br>COMMENT: SAM'S CLUB/GEMB/GECRB*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3063 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,435.33<br>COMMENT: $/CL-PL*BGN 5/22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4920 |
| **KEYBANK NA****<br>POB 94968<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 29,724.11<br>COMMENT: NT/SCH*AMD*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5325 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BERGER LAW GROUP**<br>919 CONESTOGA RD BLDG 3STE 114<br><br>ROSEMONT, PA 19010 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MBC VENTURES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT FOR SECOND**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 748.61<br>COMMENT: NT/SCH*COMENITY/WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1146 |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number: 10 | ACCOUNT NO.: 4469 |
| PO BOX 772813 | | |
| | CLAIM: 476.29 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH | |