Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: John Bernard Stanchik III and Kristin Elaine Stanchik

CHAPTER: 13

CASE NUMBER: 22-20897

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 9713 in the amount of $ 10781.26.
3. Docketed by the court on May 16, 2022 Claim number 4.

    You are notified that such proof of claim is hereby withdrawn.

DATED: February 19, 2025

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President