BL9922642

# THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE:  JOHN BERNARD STANCHIK III　　　　Chapter: 13
　　　　 KRISTIN ELAINE STANCHIK　　　　　 Bankruptcy No: 22-20897

FILED
2/18/25 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## WITHDRAWAL OF CLAIM

Related to Docket No. 55

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 11 filed on June 15th, 2022, for account number 5000 and in the amount of $316.81.

SO ORDERED
February 18, 2025

*/s/ Guy T. [signature]*  drb

Respectfully submitted,

By: /s/ Larry Butler

Larry Butler, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:　　2/18/2025

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20897-GLT |
| John Bernard Stanchik, III | Chapter 13 |
| Kristin Elaine Stanchik | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Bernard Stanchik, III, Kristin Elaine Stanchik, 10484 Melrose Drive, North Huntingdon, PA 15642-9786 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Joint Debtor Kristin Elaine Stanchik csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | |
| | on behalf of Debtor John Bernard Stanchik III csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Feb 18, 2025     Form ID: pdf900     Total Noticed: 1

Phillip D. Berger     on behalf of Creditor MBC Ventures  LLC berger@bergerlawpc.com

Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

TOTAL: 6