IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 22-20897-GLT |
| | ) | |
| John Bernard Stanchik, III and Kristin Elaine Stanchik, | ) ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) ) | |
| First National Bank of Pennsylvania, | ) ) | |
| Movant, | ) ) | |
| vs. | ) ) | |
| John Bernard Stanchik, III and Kristin Elaine Stanchik, Debtors; and Ronda J. Winnecour, Chapter 13 Trustee; | ) ) ) ) | |
| Respondents. | | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY AS TO 10484 MELROSE DRIVE, NORTH HUNTINGDON, PA 15642**

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 17, 2025** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **March 26, 2025, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All

parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully Submitted,

Dated: February 26, 2025        By:    _/s/ David W. Raphael_
David W. Raphael, Esquire
Pa. I.D. No. 200598
raphaeld@fnb-corp.com

First National Bank of Pennsylvania
626 Washington Place
Pittsburgh, PA 15219
(412) 465-9718

Attorney for First National Bank of Pennsylvania