FILED
3/24/25 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 22-20897-GLT |
| John Bernard Stanchik, III and Kristin Elaine Stanchik, | CHAPTER 13 |
| Debtors. | |
| First National Bank of Pennsylvania, | |
| Movant, | |
| vs. | |
| John Bernard Stanchik, III and Kristin Elaine Stanchik, Debtors; and Ronda J. Winnecour, Chapter 13 Trustee; | Related to Docket No. 63 |
| Respondents. | |

### ORDER OF COURT

AND NOW, this ___ 24th Day of March ___, 2025, upon consideration of the Motion for Relief from the Automatic Stay as to 10484 Melrose Drive, North Huntingdon, PA 15642 filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interest of Movant in the real estate, structure, and improvements commonly known as 10484 Melrose Drive, North Huntingdon, PA 15642. It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
Chief U.S. Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John Bernard Stanchik, III  
Kristin Elaine Stanchik  
    Debtors

Case No. 22-20897-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Mar 24, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Bernard Stanchik, III, Kristin Elaine Stanchik, 10484 Melrose Drive, North Huntingdon, PA 15642-9786 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Joint Debtor Kristin Elaine Stanchik csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Debtor John Bernard Stanchik III csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 24, 2025 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Phillip D. Berger
    on behalf of Creditor MBC Ventures  LLC berger@bergerlawpc.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7