IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John Bernard Stanchik, III and Kristin Elaine Stanchik,<br>　　　Debtor(s) | Bankruptcy No. 22-20897-GLT<br><br>Chapter 13 |
| John Bernard Stanchik, III and Kristin Elaine Stanchik,<br>　　　Movant(s)<br>　　　　　　v.<br><br>No Respondent(s) | Document No. |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT

　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 2, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 20, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of Service: October 27, 2025

Respectfully submitted,

 **/s/ Corey J. Sacca**
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741