FILED
10/27/25 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John Bernard Stanchik, III and Kristin Elaine Stanchik,<br>    Debtor(s) | Bankruptcy No. 22-20897-GLT<br><br>Chapter 13 |
| John Bernard Stanchik, III and Kristin Elaine Stanchik,<br>    Movant(s)<br>        v.<br>No Respondent(s) | Related to Docket No. 70 |

### ORDER APPROVING MOTION TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT

AND NOW, this ___27th Day of October___, 2025, upon the review of the Motion of Debtors for Withdraw of Funds from Retirement Account and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED. Debtors may withdraw sufficient funds to reinstate their mortgage with First National Bank.

2. Debtors' shall file a Status Report within sixty days of this Order detailing the status of the withdrawal.

3. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

BY THE COURT:

_____
GREGORY L. TADDONIO, JUDGE
UNITED STATES BANKRUPTCY COURT

## ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 22-20897-GLT
John Bernard Stanchik, III Chapter 13
Kristin Elaine Stanchik
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 27, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Bernard Stanchik, III, Kristin Elaine Stanchik, 10484 Melrose Drive, North Huntingdon, PA 15642-9786 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

**Name**      **Email Address**

Corey J. Sacca
     on behalf of Joint Debtor Kristin Elaine Stanchik csacca@bononilaw.com
     coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Corey J. Sacca
     on behalf of Debtor John Bernard Stanchik III csacca@bononilaw.com,
     coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

David W. Raphael
     on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

District/off: 0315-2 | User: auto | Page 2 of 2

Date Rcvd: Oct 27, 2025 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Phillip D. Berger
    on behalf of Creditor MBC Ventures LLC berger@bergerlawpc.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7