IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John Bernard Stanchik, III and Kristin Elaine Stanchik,<br>    Debtor(s) | Bankruptcy No. 22-20897-GLT<br><br>Chapter 13 |

## STATUS REPORT

AND NOW, comes Debtors, John Bernard Stanchik, III and Kristin Elaine Stanchik, by and through their counsel, Corey J. Sacca, Esq. and Bononi & Company, P.C., and presents the following:

1. Debtors, John Bernard Stanchik, III and Kristin Elaine Stanchik, filed the above captioned case on May 9, 2022 by filing a voluntary petition under Chapter 13.

2. An Order was entered allowing Debtors to withdraw funds from a retirement account (John Hancock 401k) to reinstate their primary mortgage with First National Bank, at Doc. No. 73 on October 27, 2025.

3. Debtors withdrew funds sufficient to bring the mortgage current and after any required costs/penalties in the amount of $73,065.22 on November 7, 2025.

4. Debtors' counsel was provided the certified funds. The funds were sent to counsel for First National Bank on November 11, 2025 and received by counsel for First National Bank on November 15, 2025.

Respectfully submitted,

Dated: December 2, 2025

/s/ Corey J. Sacca_____
Corey J. Sacca, Esq.
PA ID 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave
Suite 201
Greensburg, PA 15601
724-8322499
csacca@bononilaw.com